No. 112, Orig. WYOMING v. OKLAHOMA. It is ordered that the Hon. Philip W. Tone, of Chicago, Ill., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see, e. g., 488 U. S. 921.]

No. 88–333. ALABAMA v. SMITH. Sup. Ct. Ala. [Certiorari granted, 488 U. S. 1003.] Motion for appointment of counsel granted, and it is ordered that Delores Boyd, Esq., of Montgomery, Ala., be appointed to serve as counsel for respondent in this case.

No. 88–412. HOFFMAN, TRUSTEE v. CONNECTICUT DEPARTMENT OF INCOME MAINTENANCE ET AL. C. A. 2d Cir. [Certiorari granted, 488 U. S. 1003.] Motion of INSLAW, Inc., for leave to file a brief as amicus curiae granted.

No. 88–515. SABLE COMMUNICATIONS OF CALIFORNIA, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 88–525. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. SABLE COMMUNICATIONS OF CALIFORNIA, INC. D. C. C. D. Cal. [Probable jurisdiction noted, 488 U. S. 1003.] Motions of United States Catholic Conference, American Family Association, Inc., and Morality in Media, Inc., for leave to file briefs as amici curiae granted.

No. 88–605. WEBSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. v. REPRODUCTIVE HEALTH SERVICES ET AL. C. A. 8th Cir. [Probable jurisdiction noted, 488 U. S. 1003.] Motions of James Joseph Lynch, Jr., and National Legal Foundation for leave to file briefs as amici curiae granted. Motion of Legal Defense for Unborn Children for leave to file a brief as amicus curiae denied. Motion of Alan Ernest for leave to represent children unborn and born alive denied.